Steven G. Rosales
Attorney at Law: 22224
Law Offices of Lawrence D. Rohlfing 12631 East Imperial Highway, Suite C-115 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Benita Markham

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITA MARKHAM, | Case No.: ED CV 08-881 CT |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of rights, the amount of $3,000.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:    May 04, 2009   CAROLYN TURCHIN_____
                        THE HONORABLE CAROLYN TURCHIN,
                        UNITED STATES DISTRICT COURT
                        UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,
LAW OFFICES OF LAWRENCE D. ROHLFING
     /s/ Steven G. Rosales
Steven G. Rosales
Attorney for plaintiff Benita Markham

-1-